Leoncio F. DANA, Petitioner,

v.

OFFICE OF PERSONNEL
MANAGEMENT,
Respondent.

No. 2010–3083.

United States Court of Appeals,
Federal Circuit.

March 29, 2010.

Leoncio F. Dana, Zambales, PH, pro se.

Christopher L. Krafchek, Department of Justice, Washington, DC, for Respondent.

**ORDER**

The petitioner having failed to pay the docketing fee required by Federal Circuit Rule 52(a)(1) and to file the required Statement Concerning Discrimination, it is

ORDERED that the petition for review be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

Ricky L. HILLIARD, Petitioner,

v.

UNITED STATES POSTAL SERVICE,
Respondent.

No. 2009–3291.

United States Court of Appeals,
Federal Circuit.

March 29, 2010.

**ORDER**

The petitioner having failed to file an appendix required by Federal Circuit Rule 30(a) within the time permitted by the rules, it is

ORDERED that the petition for review be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

Kenneth TOMPKINS, Petitioner,

v.

UNITED STATES POSTAL SERVICE,
Respondent.

No. 2009–3219.

United States Court of Appeals,
Federal Circuit.

March 29, 2010.

Kenneth Tompkins, Lawrenceville, GA, pro se.

### ORDER

The petitioner having failed to file an appendix required by Federal Circuit Rule 30(a) within the time permitted by the rules, it is

ORDERED that the petition for review be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

**SPECTRALYTICS, INC.,**
**Plaintiff–Appellant,**

v.

**CORDIS CORPORATION, Defendant–**
**Cross Appellant,**

and

**Norman Noble, Inc., Defendant–**
**Cross Appellant.**

**Nos. 2009–1654, 2010–1004.**

United States Court of Appeals,
Federal Circuit.

March 29, 2010.

J. Derek Vandenburgh, Carlson, Caspers, Vandenburgh, Minneapolis, MN, for Plaintiff–Appellant.

Eugene M. Gelernter, Patterson, Belknap, Webb & Tyler, LLP, New York, NY, James B. Niehaus, Frantz Ward, LLP, Cleveland, OH, for Defendants–Cross Appellants.

### ORDER

The appellant having failed to file an appendix required by Federal Circuit Rule 30(a) within the time permitted by the rules, it is

ORDERED that the notice of appeal be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

**Elizabeth ARAGON, Petitioner,**

v.

**OFFICE OF PERSONNEL**
**MANAGEMENT,**
**Respondent.**

**No. 2010–3078.**

United States Court of Appeals,
Federal Circuit.

March 29, 2010.

### ORDER

The petitioner having failed to pay the docketing fee required by Federal Circuit